**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>JOSEPH GREENBLATT,<br><br>Debtor. | **Case No. 05-60142(RDD)**<br>Chapter 11 |
| JOSEPH GREENBLATT,<br><br>Plaintiff,<br><br>v.<br><br>PETER C. HARVEY, Attorney General of New Jersey, and RICHARD D. TRENK, ESQ., Receiver<br><br>Defendants. | **Adv. Proc. No. 05-03217(RDD)** |

**ORDER DENYING MOTION AND SUPPLEMENTAL MOTION FOR TEMPORARY RESTRAINING ORDER**

**THIS PROCEEDING** having been opened to the Court by Wayne Greenwald, Esq., on behalf of Debtor Joseph Greenblatt by the filing of an Adversary Complaint, and Debtor having submitted various papers seeking entry of a temporary restraining order against Peter Harvey, Attorney General of the State of New Jersey and Richard D. Trenk, Esq., State-Court appointed Receiver, by motion and supplemental motion for an order to show cause; and the Court having considered the moving and supplemental papers, and having conducted telephonic hearing on December 1, 2005 and December 12, 2005; and based upon defendants' representations during such hearings regarding the nature and extent of the relief sought by them against the Debtor,

**IT IS**

**ORDERED** that Plaintiff's motion and supplemental motion for a temporary restraining order against Defendants Peter C. Harvey and Richard D. Trenk are denied in their entirety.

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Dated: December 19, 2005

F:\\WPDOCS\A-MGreenblatt, J\OrderDenyRestrainJoseph.doc